**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **JAMESE JONES,**<br><br>                              **Plaintiff,**<br><br>vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>                              **Defendant.** | **Case No. 2019 CA 003042 B**<br><br>**Judge William M. Jackson**<br><br>**Next Event: Initial Scheduling Conference**<br>**August 9, 2019 at 9:30 a.m.** |

## DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on May 30, 2019, Defendant in the above-captioned action removed this action to the United States District Court for the District of Columbia, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is annexed hereto as Exhibit A. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

DATE: May 31, 2019

                                            Respectfully submitted,

                                            WASHINGTON METROPOLITAN AREA
                                            TRANSIT AUTHORITY
                                            By counsel

                                            By:   /s/ J. Douglas Cuthbertson
                                                  J. Douglas Cuthbertson # 479789
                                                  Office of the General Counsel
                                                  600 Fifth Street, N.W.
                                                  Washington, D.C. 20001

202.962.2537
202.962.2550 (fax)
JDCuthbertson@wmata.com

**CERTIFICATE OF SERVICE**

  I certify that on May 31, 2019, a true and accurate copy of the foregoing was served on the undersigned counsel of record via the Court's ECF system:

Seann P. Malloy
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814


      /s/ J. Douglas Cuthbertson
      J. Douglas Cuthbertson #479789