*5/13/19 11:27 proc. serve* *[signature]*

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| JAMESE JONES<br>84 Galveston Street, S.W.<br>Washington, D.C. 20032<br><br>Plaintiff<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 Fifth Street, NW<br>Washington, DC 20001<br><br>Defendant. | Case No.: 2019 CA 003042 B |

* * * * * * * * * * * * * * * * * * * * *

### COMPLAINT

COMES NOW Plaintiff, Jamese Jones, by and through her attorneys, Seann P. Malloy and Malloy Law Offices, LLC, and brings forth this lawsuit, and in support thereof states as follows:

### PARTIES

1. Plaintiff is an adult resident of the District of Columbia.

2. Upon information and belief Defendant, Washington Metropolitan Area Transit Authority (hereinafter the "Defendant" or "WMATA") is an interstate compact governmental entity which operates the Metrorail and Metrobus systems in the Washington, D.C. metropolitan area.

### JURISDICTION AND VENUE

3. Jurisdiction is vested in this Court pursuant to D.C. Code §11-921 (1981 edition).

### COUNT I
(Negligence)

4. Paragraphs 1 – 3 (one through three) are incorporated by reference as if fully restated herein.

EXHIBIT A

5. On or around July 27, 2018 at around 07:30 a.m., Plaintiff was exiting the A8 bus operated by Defendant's employee.

2. The driver of Defendant's bus negligently and prematurely closed the doors of the bus as Plaintiff was exiting, slamming the door on Plaintiff's body and causing Plaintiff to sustain serious injuries.

3. The incident and resulting injuries would not have occurred but for the fact that Defendant's employee negligently operated the bus in a careless and reckless manner, negligently failed to keep a proper lookout, and negligently failed to pay full time and attention to the operation of the bus.

4. As a direct and proximate result of the aforesaid negligence, Plaintiff sustained injury to all parts of her body, incurred and shall incur medical and out-of-pocket expenses, damage to her property and lost income.

4. Defendant is liable for the bus driver's negligence as he was Defendant's employee acting in furtherance of Defendant's business.

WHEREFORE, the premises considered Plaintiff Jamese Jones demands a judgment against Defendant in the amount of $60,000.00 plus interest and costs of this suit.

Respectfully submitted,

/s/ Seann P. Malloy
Seann P. Malloy, Esq. (D.C. Bar #490343)
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, Maryland 20814
p/ 202-464-0727
f/ 888-607-8691
Seann@malloy-law.com
*Attorney for Plaintiff*

EXHIBIT A

## ELECTION FOR JURY TRIAL

The Plaintiff elects to have the above entitled matter tried before a jury.

/s/ Seann P. Malloy
Seann P. Malloy, Esq. (D.C. Bar #490343)

EXHIBIT A

Filed
D.C. Superior Court
05/08/2019 15:80PM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

JAMESE JONES

vs

WASHINGTON METROPILITAN AREA TRANSIT AUTHORITY

Case Number: **2019 CA 003042 B**

Date: May 8, 2019

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: (Please Print) Seann P. Malloy | Relationship to Lawsuit |
| Firm Name: Malloy Law Offices, LLC | ☒ Attorney for Plaintiff |
| Telephone No.: 202-464-0727   Six digit Unified Bar No.: 490343 | ☐ Self (Pro Se) ☐ Other: |

TYPE OF CASE: ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury
Demand: $ $60,000.00        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____    Judge: _____    Calendar #: _____
Case No.: _____    Judge: _____    Calendar#: _____

NATURE OF SUIT:    (Check One Box Only)

**A. CONTRACTS**                                COLLECTION CASES

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation Under $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☒ 16 Negligence- (Not Automobile, Not Malpractice)

☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE    IF USED

CV-496/June 2015

**EXHIBIT A**

# Information Sheet, Continued

**C. OTHERS**

- [ ] 01 Accounting / 02 Att. Before Judgment
- [ ] 05 Ejectment / 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin / 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR) / 31 Housing Code Regulations
- [ ] 32 Qui Tam / 33 Whistleblower

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic / 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate / 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency) / 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement / 25 Petition for Liquidation

**D. REAL PROPERTY**

- [ ] 09 Real Property-Real Estate / 12 Specific Performance / 04 Condemnation (Eminent Domain) / 10 Mortgage Foreclosure/Judicial Sale / 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title / 25 Liens: Tax / Water Consent Granted / 30 Liens: Tax / Water Consent Not Granted / 31 Tax Lien Bid Off Certificate Consent Granted

Attorney's Signature

Date

CV-496/ June 2015

EXHIBIT A